Laurene S. Rogers (Wyo. State Bar # 7-5551)
HOLLAND & HART LLP
1800 Broadway
One Boulder Plaza
Suite 300
Boulder, CO 80302
T: (303) 473-2866
F: (303) 473-2720
lsrogers@hollandhart.com

Barry Y. Freeman (OH Bar #0062040)
Demari W. Muff (OH Bar #0100213)
*Admitted Pro Hac Vice*
ROETZEL & ANDRESS, LPA
1375 E. 9th St., 10th Floor
Cleveland, OH 44114
T: (312) 741-0786
F: (216) 623-0134
bfreeman@ralaw.com
dmuff@ralaw.com

ATTORNEYS FOR DEFENDANTS-
COUNTERCLAIM PLAINTIFFS

Patrick Brady (Wyo. State Bar # 7-5494)
SUNDAHL, POWERS, KAPP & MARTIN,
LLC
500 W. 18th Street, Ste. 200
Cheyenne, WY 82001
T: (307) 632-6421
F: (307) 632-7216
pbrady@spkm.org

Michael G. Burk (TX Bar # 03386500)
*Admitted Pro Hac Vice*
The BURK LAW FIRM, P.C.
248 Addie Roy Road, Ste. A-203
Austin, TX 78746
T: (512) 306-9828
F: (512) 306-9825
burk@burklaw.com

ATTORNEYS FOR PLAINTIFFS-
COUNTERCLAIM DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WILLIAM LEHR, individually and derivatively on behalf of PERPETUAL ASSETS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 24- CV – 249 - S |
| GUS DEMOS, | ) ) | |
| Defendant, | ) ) | |
| and PERPETUAL ASSETS, INC., | ) ) | |
| Nominal Defendant, | ) ) | |
| v. | ) ) | |

ERIKA WEXLER,                                    )
                                                 )
    Third-Party Defendant.                       )

### JOINT MOTION TO DISMISS WITH PREJUDICE AND REQUEST FOR COURT'S APPROVAL OF SETTLEMENT OF A DERIVATIVE ACTION

**COME NOW**, Plaintiff WILLIAM LEHR, individually and derivatively on behalf of Perpetual Assets, Inc. ("Lehr"), Defendant GUS DEMOS ("Demos"), Defendant PERPETUAL ASSETS, INC. ("PAI"), and Third-Party Defendant ERIKA WEXLER ("Wexler") (collectively the "Parties"), who, being all of the parties to this suit, file this Joint Motion to Dismiss with Prejudice and Request for Court's Approval of Settlement of a Derivative Action and hereby move for an Order approving the dismissal of the derivative action brought in this lawsuit and the dismissal with prejudice of this lawsuit and all claims asserted in this lawsuit by the Parties.

1.      The Parties have resolved the disputes among and between them and have entered into a formal settlement of all of the claims asserted in this lawsuit. Pursuant to, without limitation, Rule 41 of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Civil Rules for the District of Wyoming, the Parties accordingly ask the Court to dismiss this lawsuit with prejudice.

2.      Further, Rule 23.1(c) of the Federal Rules of Civil Procedure requires: (a) that notice be given to all of the shareholders of the corporation when there has been a settlement of a derivative action brought on behalf of the corporation, and (b) court approval of such settlement. FED. R. CIV. P. 23.1(c). Plaintiff Lehr and Defendant Demos are the only two shareholders of PAI and have thus received notice of the settlement as required under Rule 23.1(c). Lehr and Demos, the only shareholders in PAI, have further expressly agreed to this settlement and thus there are no shareholders who disagree with the terms of the settlement. Accordingly, and pursuant to Rule 23.1(c), the Parties request the Court's approval of the settlement of the derivative action that was brought on PAI's behalf in this lawsuit.

2

**WHEREFORE**, Plaintiff William Lehr, individually and derivatively on behalf of Perpetual Assets, Inc., Defendants Gus Demos and Perpetual Assets, Inc., and Third-Party Defendant Erika Wexler, respectfully request that this Court approve the settlement of the derivative action brought on Perpetual Assets, Inc.'s behalf, grant this Motion to Dismiss with Prejudice, and dismiss with prejudice this lawsuit and all claims and requests for relief asserted herein.

/s/ Patrick M. Brady
Patrick Brady WSB No. 7-5494
Sundahl, Powers, Kapp & Martin, L.L.C
500 W. 18th Street, Suite 82001
Cheyenne, WY 82001
Phone: (307) 632-6421
Fax: (307) 632-7216
pbrady@spkm.org

Michael G. Burk, TX Bar No. 03386500
*Admitted Pro Hac Vice*
The BURK LAW FIRM, P.C.
248 Addie Roy Road, Suite A-203
Austin, Texas 78746
Phone: (512) 306-9828
Facsimile: (512) 306-9825
burk@burklaw.com
*Counsel for Plaintiff William Lehr and
Third-Party Defendant Erika Wexler*

and

/s/ Laurene S. Rogers
Laurene S. Rogers, WSB # 7-5551
HOLLAND & HART LLP
1800 Broadway
One Boulder Plaza, Suite 300
Boulder, CO 80302
T: (303) 473-2866
F: (303) 473-2720
lsrogers@hollandhart.com

Barry Y. Freeman, OH Bar No. 0062040
*Admitted Pro Hac Vice*

3

ROETZEL & ANDRESS, LPA
1375 East Ninth Street
One Cleveland Center, 10th Floor
Cleveland, OH
T: (216) 623-0150
bfreeman@ralaw.com
*Counsel for Defendants Gus Demos and*
*Perpetual Assets, Inc.*